UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 06-14042-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ROBERT EARL NETTLES,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 17,2006.  A Report and Recommendation was filed on October 17,2006, recommending that the Defendant's plea of guilty be accepted.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One of the Indictment which charges the Defendant with Possession with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as crack cocaine in violation of Title 21,United States Code, Section 841(a)(1).  Count Three of the Indictment which charges the Defendant with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1)and 924(a)(2). The United States agrees to

dismiss Count Two of the Indictment after sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copied: Hon. Magistrate Lynch
       All Counsel Of Record
       U.S. Probation