UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14042-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT EARL NETTLES,

    Defendant.
_____/

FILED by _____ D.C.

FEB 13 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON
## ELEVENTH CIRCUIT COURT OF APPEALS' LIMITED REMAND [D.E. #47]

**THIS CAUSE** having come on to be heard for an evidentiary hearing on February 13, 2009 in respect to the aforementioned matter and this Court having received sworn testimony of the Defendant as well as arguments of counsel representing the government and the Defendant, this Court recommends to the District Court as follows:

1. Judge Martinez entered his Order denying the Defendant's Motion for Reduction of Sentence on November 5, 2008. The Defendant filed his pro se Notice of Appeal dated November 25, 2008. Based upon these dates, the Notice is clearly outside the ten day period required.

2. Robert Adler, Esquire, Assistant Federal Public Defender, appeared with the Defendant at this hearing. Mr. Adler stated that his office was appointed to represent the Defendant in respect to his appeal subsequent to the Defendant filing his pro se Notice of Appeal.

3. In questioning the Defendant under oath, this Court determined that he has been incarcerated at the Federal Prison Facility at Coleman, Florida, the entire time. He does not know why it took so long for Judge Martinez' Order to get to him. However, he recalls specifically that the day he received it, he immediately prepared a pro se Notice of Appeal. He then dated the Notice of Appeal November 25, 2008 and sent it through the

required prison mail system for filing with this Court. As a result, the Defendant testified under oath that he did not receive Judge Martinez' Order denying his Motion for Reduction of Sentence until November 24, 2008.

4. There is no evidence to contradict the testimony of the Defendant. This Court questioned the Defendant and asked if there were any lockdowns or other interruptions in the normal prison functions at Coleman during the time in question which may have delayed Judge Martinez' Order getting to him. The Defendant admitted that there were no such lockdowns or interference. All he knows is that the person who distributes the mail came by on November 24, 2008 and gave him his legal mail which contained Judge Martinez' Order denying his Motion for Reduction of Sentence, which is the Order being appealed by the Defendant in this matter.

5. Based upon the foregoing, this Court is compelled to find that the delay in receipt of Judge Martinez' Order was not the fault of the Defendant. As a result, this Court recommends that the District Court find good cause or excusable neglect for the untimely filing of the Defendant's pro se Notice of Appeal. See United States v. Bell, 2008 WL 2954142 (N.D. Fla. 2008).

6. Additionally, this Court notes that the Defendant's pro se Notice of Appeal appears to have been received by the Clerk of this Court on or about December 1, 2008. Based upon the Defendant's testimony at this hearing, the Clerk of this Court would have received the pro se Notice of Appeal within ten days of when the Defendant testified he received Judge Martinez' Order.

**ACCORDINGLY,** this Court recommends to the District Court that an Order be entered finding that the Defendant's pro se Notice of Appeal was untimely filed as a result of excusable neglect or good cause as set forth herein.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _13th_ day of February, 2009, at Ft. Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:
Hon. Jose E. Martinez
AUSA Carmen Lineberger
AFPD Robert Adler
Clerk, 11th Circuit Court of Appeals