UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14042-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ROBERT EARL NETTLES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON ELEVENTH CIRCUIT COURT OF APPEALS' LIMITED REMAND

**THIS CAUSE** was referred to the Honorable Frank J. Lynch Jr, United States Magistrate Judge for a Report and Recommendation on the Eleventh Circuit Court of Appeals' Limited Remand issued January 12, 2009, **(D.E.#47)** filed January 16, 2009 for the purpose of determining whether the defendant untimely notice of appeal was a result of excusable neglect or good cause.

The Court conducted an evidentiary hearing and filed a Report and Recommendation **(D.E.#52)** on February 13, 2009 recommending to the District Court that this Court finds that the Defendant's pro se notice of Appeal was untimely filed as a result of excusable neglect or good cause as set forth herein. It is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, (D.E.#52) is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of February, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Judge Lynch
All Counsel Of Record
Clerk, 11th Circuit Court of Appeals
Robert Earl Nettles,
Reg. No. 75725-004
Federal Correctional Complex-Low B3
P.O. Box 1031
Coleman, FL 33521-1031